# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MATTHEW ALAN SOUZA

**WARRANT FOR ARREST**

AGENT TO ARREST

Case Number: 1:26-MJ-275

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MATTHEW ALAN SOUZA

and bring him or her forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with:  false statement to a firearms dealer.

in violation of 18, United States Code, Section(s) 922(a)(6).

CHRISTOPHER C. BLY
Name of Issuing Officer

*CCBly*

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

March 10, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $_____   by_____
                                                       Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____   _____
                                                       Name and Title of Arresting Officer

Date of Arrest:_____   _____
                                                       Signature of Arresting Officer